AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

Northern District of West Virginia

**FILED**

AUG 9 2023

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No. 5:23- MJ-109 |
|  | ) |
| Hardy Carroll Lloyd | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 2023 through June 2023___ in the county of ___Brooke County___ in the
___Northern___ District of ___West Virginia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1503(a) | Obstruction of the Due Administration of Justice |
| 18 U.S.C. § 875(c) | Transmitting Threats in Interstate and Foreign Commerce |
| 18 U.S.C. § 1512(b)(1) | Witness Tampering |

This criminal complaint is based on these facts:

See attached Affidavit (incorporated by reference).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Messich, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___08/09/2023___

_____
*Judge's signature*

City and state: ___Wheeling, WV___          James P. Mazzone, United States Magistrate Judge
*Printed name and title*