IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Wheeling Division

UNITED STATES OF AMERICA

v.

HARDY CARROLL LLOYD,

Defendant.

Case No. _5:23- MJ-109_

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Matthew Messich, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of a Criminal Complaint alleging that the defendant,

**HARDY CARROLL LLOYD**, has violated 18 U.S.C. § 875(c), 18 U.S.C. § 1503(a), and 18

U.S.C. § 1512(b)(1).

2.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to

the FBI Pittsburgh Division's Wheeling, West Virginia, Resident Agency in the Northern District

of West Virginia and have been so employed as a SA since September 2019.  I presently am

assigned to work a variety of criminal and national security matters, including the investigation of

violent crimes and major offenses such as health care fraud, violent crimes against children, and

other violent criminal matters within the area of responsibility of the Wheeling RA.  During my

training at the FBI Academy, Quantico, Virginia, as well as on the job experience, I have received

training in a variety of investigative and legal matters, including the topics of Fourth Amendment

searches, the drafting of search warrant affidavits, and probable cause.

3.      The facts in this affidavit come from my personal investigation and observations, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show simply that there is sufficient probable cause for this Criminal Complaint and the requested arrest warrant and does not set forth all of my knowledge about this matter.  I have set forth only the facts I believe are necessary to establish probable cause that the defendant has violated 18 U.S.C. § 875(c), 18 U.S.C. § 1503(a), and 18 U.S.C. § 1512(b)(1).

## RELEVANT STATUTES

4.      Title 18, United States Code, Section 875 prohibits a person from transmitting in interstate commerce a threatening communication.  A threatening statement must amount to a "true threat" rather than mere political hyperbole or ideal chatter.  True threats have been characterized by the Supreme Court of the United States as statements made by a speaker who means to communicate a serious expression of an intent to commit an act of unlawful violence to a particular individual or group.

5.      Title 18, United States Code, Section 1503 prohibits, among other things, "corruptly . . . endeavor[ing] to influence, obstruct, or impede the due administration of justice."

6.      Title 18, United States Code, Section 1512(b)(1) prohibits, among other things, knowingly attempting to use intimidation "with intent to influence, delay, or prevent testimony of any person in an official proceeding."

## PROBABLE CAUSE

7.      As detailed below, the FBI's investigation has revealed that **HARDY CARROLL LLOYD** has corruptly endeavored to influence, obstruct, and impede the due administration of justice in *United States of America v. Robert Bowers*, Criminal No. 18-292, in the United States

District Court for the Western District of Pennsylvania by engaging in threatening conduct directed at the jury and government witnesses, as described more fully below.

8.      Bowers was charged with several federal crimes for fatally shooting 11 individuals at the Tree of Life synagogue in Pittsburgh in 2018.  Jury selection began on April 24, 2023.  The jury returned a verdict of guilty on June 16, 2023.  The penalty phase began on June 26, 2023, to determine whether Bowers would receive the death penalty.  On July 13, 2023, the jury found Bowers eligible for the death penalty.  On August 3, 2023, Bowers was sentenced to death.

### YouTube Comments Made by LLOYD

9.      On March 21, 2023, Google contacted the FBI about certain troubling comments made to YouTube by username "Reverend Lloyd."

10.     Google provided subscriber information for the account, which revealed the following:

   a.  **LLOYD** is the subscriber.

   b.  A specified Gmail account as the associated email address.

   c.  **LLOYD** was a resident of Pittsburgh, Pennsylvania and Austin, Texas, which information was listed in Google Wallet for the user.

   d.  A phone number ending 8244.

   e.  **LLOYD** has a YouTube Channel, and his YouTube display name is "Reverend Lloyd, PM."

   f.  The YouTube account was created on October 6, 2020.

   g.  There were logins to the account in 2023 on February 23, 24, 25, 26, 27, and March 2, 3, 4, 7, 8, 9, 11, 13, 15, 16, 17, 18, 20, and 21.

3

11.     In addition to the subscriber information, Google also shared several comments made by "Reverend Lloyd, PM" on YouTube, as documented below, in relevant part:

h.   Date: 2023-02-25 23:12 UTC; Comment Text: See my website, I openly advocate killing jews and cops. WWW.CREATIVITYRELIGION.COM

i.   Date: 2023-03-16 00:58 UTC; Comment Text: If you have the names and home addresses of the CEOS and cops and feds who were behind this send to us and we'll dox them on our website!! WWW.CREATIVITYRELIGION.COM

j.   Date: 2023-03-16 01:20 UTC; Comment Text: We must start killing jews now!!

k.   Date: 2023-03-16 01:31 UTC; Comment Text: I only fear that the jews will win. We must start killing jews now.

l.   Date: 2023-03-16 01:33 UTC; Comment Text: @Jupiter Five Wait, do you mean should we kill negroes? Sure. But the jews run the world, so they need to be targeted first. Negroes are just beasts....

m.   Date: 2023-03-16 02:04 UTC; Comment Text: Kill the trannies and jews!! Die faggot scum!! Learn the White Man's TRUE Religion, CREATIVITY, at : WWW.CREATIVITYRELIGION.COM + HTTPS://WWW.CHURCHOFBENKLASSEN.ORG

n.   Date: 2023-03-16 02:06 UTC; Comment Text: WHITE POWER, girl!! Preach the truth!! Kill all transvestites and shemale paedophile freaks!! WWW.CREATIVITYRELIGION.COM

o.   Date: 2023-03-16 02:11 UTC; Comment Text: We need to start killing trannies!!

p. Date: 2023-03-16 02:11 UTC; Comment Text: Protect White Women!! Murder trannies and antifa!! Kill all transvestites and shemale paedophile freaks!! WWW.CREATIVITYRELIGION.COM

q. Date: 2023-03-16 02:11 UTC; Comment Text: Murder all tranns youth!!

r. Date: 2023-03-16 02:13 UTC; Comment Text: Kill all tranns!! Murder the paedophiles!! Kill all transvestites and shemale paedophile freaks!! WWW.CREATIVITYRELIGION.COM

s. Date: Mar 20, 2023 3:35 PM PDT; Comment Text: We need to ship the niggers back to Afrika. And just kill all the kikes.

12.   Throughout the comments, **LLOYD** frequently mentions WWW.CREATIVITYRELIGION.COM.

13.   Investigators have visited WWW.CREATIVITYRELIGION.COM, whose headline is: "WELCOME TO THE CHURCH OF BEN KLASSEN (TCBK)," and beneath that, "YOU SEEK TO END WHITE GENOCIDE? JOIN WITH THE ONLY WHITE CREED THAT FIGHTS BACK!" TCBK was founded in 2003 by, "Rev. LLOYD to maintain the purity of the religious teachings of our Holy Faith. Our beliefs are founded upon the White Racial Religion of Creativity, which Ben Klassen created in 1973." TCBK claimed not to promote white supremacy, but rather advocated for complete racial separation. Your Affiant understands the "White Racial Religion of Creativity" and TCBK to be an off branch of the "Creativity Movement," which was initiated in the 1970s. Ben Klassen was heavily involved in the movement's origins.

14.   Review of WWW.CREATIVITYRELIGION.COM revealed an "enemies page," where **LLOYD**, seemingly, was publicly doxxing law enforcement and private citizens. Based on my training and experience, I have learned that "doxxing" or being "doxxed" refers to the

compilation and publication of personal information, including name, address, Date of Birth, phone numbers, Social Security Number, possible embarrassing photos, and other identifying information often for the purpose of harassing or intimidating the target. WWW.CREATIVITYRELIGION.COM also included places of employment, and photos of the children belonging to the people who go against his ideals.

15.     The "enemies page" of WWW.CREATIVITYRELIGION.COM includes the caveat:

> This page contains PUBLICLY GATHERED info, 90% off their own social media accounts, of known anti-White bigots and criminals. This info is posted, in keeping with US laws of Free Speech, for Lone Wolves. It is NOT illegal to post this info, nor to say it is for Lone Wolves. US law allows such speech. This would ONLY be illegal if we called for actual direct action against them. We are simply re-posting their own publicly posted info, and stating our OPINIONS for Lone Wolves. Which makes it 100% LEGAL!!

### FBI Corroborates LLOYD's Connection to Follansbee, West Virginia

16.     During its investigation of **LLOYD**, in April 2023, the FBI learned that **LLOYD** had a Post Office Box in Follansbee, West Virginia, he had a residence nearby to the post office, he registered to vote in Brooke County, and he registered a vehicle with the West Virginia Department of Motor Vehicles.

### LLOYD Begins to Comment Online about Bowers Trial

17.     On May 2, 2023, **LLOYD** began to comment online about the trial of Robert Bowers.  He made posts on www.creativityreligion.com and comments in emails associated with the website and on the social media site VKonatkte, also known as VK.

18.     On May 2, 2023, **LLOYD** posted on VK:



**Church of Ben Klassen**
2 May at 8:39 pm

Free Robert Bowers - Target Pgh

Even though I believe the 'shooting' was another false flag, I would LIKE to believe that a man with ZERO PA documentation of existence did gun down a dozen filthy jews. Our members in the Tri-State will be flyering Pgh as a result. Jewhill and Frick Park will be littered with flyers and stickers. We did order a lot of those nice WHITE PEOPLE ROCK ones. Love those!! Oh, ya, wont it be fun when we target the jews!!

RAHOWA

www.creativityreligion.com

19.     GPS location information for the cell phone of **LLOYD**, obtained via search warrant, revealed that the phone was within an approximate four-mile or less proximity of **LLOYD**'s residence on May 2, 2023.

20.     On May 14, 2023, **LLOYD** posted on VK:



**Church of Ben Klassen**
14 May at 4:29 am

Free Robert Bowers Now!!

RAHOWA to All

The Pgh, PA jew media is posting very little on Robert Bowers, the Great Lone Wolf on Pgh who whacked 11 kikes in JewHill. Some larpers out there claim that this makes us 'look bad'. They say that even though we are now living in the TURNER DIARIES that we still need to be 'legal'. What a buntch of pussies!! We need to support anyone who kills a jew. And since he killed 11 yids we say HELL YA, FREE THIS GREAT MAN!! Lone Wolves need to be honoured. And though we question ALL SHOOTINGS in the 21st Century, as the jews like to make false flags like Sandy Hook, we will go with supporting ANY and ALL White Warriors who gun down jews. We want Whites to emulate these courageous acts of heroism. So we raise a glass to Lone Wolf Hero Robert Bowers. We support you, Brother!!

Coincidentally, this was used as the pretext for kidnapping me in 2019 to 'prevent another shooting of jewish people', as quoted by Brokos, the Mossad kike dyke of Pgh's jewish federation. Her info is listed below, and was added to the ENEMIES PAGE. Along with a bunch of pics of her family and jewy friends. All who live and work in Pgh/JFofP. Don't fuck with us Creators!!

RAHOWA
Rev. Lloyd, PM
Church Of Ben Klassen
www.creativityreligion.com

7

21.     GPS location information for the cell phone of **LLOYD**, obtained via search warrant, revealed that the phone was within an approximate four-mile or less proximity of **LLOYD**'s residence on May 14, 2023.

22.     On May 17, 2023, **LLOYD** posted on VK:



23.     On May 17, 2023, **LLOYD** posted on VK:



**LLOYD Begins to Direct Online Comments toward Bowers Jury**

24.     On May 17, 2023, **LLOYD** made the following post to creativityreligion.com:



25.     On May 17, 2023, **LLOYD** sent an email to various Pittsburgh news outlets, including KDKA and WPXI, and to others with email account names apparently indicating adherence to the creativity movement, titled, "Stickering Pgh for Robert Bowers Trial":

> We demand that Robert Bowers be freed.  We shall be stickering, 'legally', Pgh starting next week and ending one week after the end of the trial.  Stickers and flyers to go up in greater Pgh in support of Lone Wolf Hero Robert Bowers.  We will also be publishing the PUBLIC names and addresses of those who vote against him via filing LEGALLY with the county seat for the trial records after the trial.  Which is legal to do under PA law.  Something for the people of Pgh to keep in mind as they vote on this great man.  Remember, jurors, we WILL be watching and we WILL be taking pictures of ALL cars and people who leave the courthouse.  And it's 100% LEGAL to do this, too!!  We will have members and supporters on the PUBLIC sidewalk and corners exercising their FREE SPEECH RIGHTS in taking photos of cars and people entering and leaving the courthouse, which is LEGAL to do from PUBLIC areas, as SCOTUS has ruled that there is no expectation of privacy when in public or from public spaces.  SUCK IT!!
>
> Send donations for stickers and flyers to Reverend Lloyd via CashApp.  Or send stickers from TightRope as a donation.

26.     GPS location information for the cell phone of **LLOYD**, obtained via search warrant, revealed that the phone was within an approximate four-mile or less proximity of **LLOYD**'s residence on May 17, 2023.

27.   On May 18, 2023, **LLOYD** made a post to the "enemies" page of creativityreligion.com, which included the following message:

> If anyone has the doxing info, legally, for the 70 jurors on the Richard Bowers trial in Pgh, send to us so we can legally post said PUBLIC INFO as a useful guide to keep the trial honest. Oh, and we WILL be filing at county records for their names and home/work addresses to LEGALLY POST after the trial is over. Which is keeping with PA state laws regarding doxing of jurors post trial via PUBLIC INFO!! Y'all who are on the jury, make sure to vote what you know in your heart is morally correct.
> ;)
> ;)
>
> **FREE RICHARD BOWERS, CITY OF PITTSBURGH, OR ELSE THERE WILL BE 'LEGAL' CONSIQUENCES !!!**

28.   The May 18, 2023, post was made under the following caption:

> **The Following People Are Anti-White Bigots Who Promote And/Or Commit Crimes Against Whites**
>
> This page contains PUBLICLY GATHERED info, 90% off their own social media accounts, of known anti-White bigots and criminals. This info is posted, in keeping with US laws of Free Speech, for Lone Wolves. It is NOT illegal to post this info, nor to say it is for Lone Wolves. US law allows such speech. This would ONLY be illegal if we called for actual direct action against them. We are simply re-posting their own publicly posted info, and stating our OPINIONS for Lone Wolves. Which makes it 100% LEGAL!!

29.   On May 19, 2023, at 11:06 p.m., **LLOYD** sent an email to creator811@protonmail.com, stating, "I wonder if this is because of my emails?" He included a hyperlink to a cbsnews.com, titled "Jurors' names in Pittsburgh synagogue shooting trial to be sealed until verdicts," which was released by KDKA News the same day at 9:19 p.m.

30.   On May 19, 2023, at 11:08 p.m., **LLOYD** sent an email to various Pittsburgh news outlets, including KDKA, WPXI, and WTAE, and to others with email account names apparently indicating adherence to the creativity movement, stating:

> We will be filing for the names after the trial to publicly post on our enemies page in keeping with PA state law.  We are allowed to post said info to LWs as part of 1A protected speech.  Those who vote against this great man must keep this in mind!!

10

31.     On May 19, 2023, at 11:22 p.m., **LLOYD** sent an email to revcreator@yahoo.com, copying various Pittsburgh news outlets, including KDKA, WPXI, and WTAE, with the subject "Ouch," stating:

> This woman was a juror on a case and voted against the defendant.
> After the trial some asshole posted her PUBLIC record onto social media.
> Bitch went to the grocery store.
> She never came home.
> Guess she should have voted the White way?!?
>
> Looks like it hurt.

32.     Attached to the email was a photograph of a gunman shooting a woman in the face from the first-person point of view of the gunman.

33.     On May 19, 2023, at 11:23 p.m., **LLOYD** sent an email to creator811@protonmail.com, stating, "I plan on filing for the names after the trial.  Hope the jurors get told that and vote the right way?!?"

### White Supremacy Themed Stickers, Bearing a LLOYD Web Address, Are Discovered in Pittsburgh

34.     Between May 19 and 20, 2023, white supremacy themed stickers were found in Pittsburgh, bearing the web address churchofbenklassen.org.  Entering churchofbenklassen.org into a web browser takes a visitor automatically to creativityreligion.com.  Following are photographs of the stickers:





35.    The sticker with a swastika resulted in the following social media post:



36.    The Google Drive for **LLOYD's** Google account, referenced above, contained a photograph, as of Google's May 5, 2023 search warrant return, with a last modified date of March 11, 2023, which depicts an identical sticker with a swastika, as follows:



37.    On May 20, 2023, a citizen posted the following picture on REDDIT of a sticker found the same day in the Oakland area of Pittsburgh.  The sticker also bears the web address chruchofbenklassen.org.



38.     Comments on this post mentioned **LLOYD**, with one commenter stating: "Hardy Lloyd is back in the area.  Be very careful if you see him posting this stuff."

39.     License plate reader information shows that **LLOYD**'s vehicle was in the Pittsburgh area on the evening of May 18, 2023, and the early morning hours of May 19, 2023, as follows:

> Date: May 18, 2023, 11:00:43 PM; Camera: UNDERPASS LANES 2-3 Agh, Oakland, 5th Ave, N Craig St, Pittsburgh Pedestrian Bridge, Underpass, Lane 2, Lane 3
>
> Date: May 19, 2023, 2:42:22 AM; Camera: CRAIG ST INBOUND AT 5TH Agh, Oakland, 5th Ave, N Craig St, Pittsburgh Pedestrian Bridge

40.     On May 24, 2023, **LLOYD** sent an email to several recipients, including individuals with email account names apparently indicating adherence to the creativity movement and/or who ascribe to white supremacist ideology, about an alleged police shortage in Pittsburgh, making it vulnerable for lone wolf attacks.  At the end of the message, **LLOYD** stated:

> By the way, great job on flyering the city, guys.  REDDIT blew up over the last two weeks with all the flyering you have been doing.  Keep it up.
>
> . . .
>
> P.S. The anti-White bigots in Pgh on REDDIT are bitching about our members there passing our flyers.  At least they showed one of the flyers.  Same happened in Canada recently.  One pic alone got fifteen thousand views.  The pic posted on REDDIT claims it got 150,000 views!!!! Great job to all members and supporters no matter where you live.

41.     GPS location information for the cell phone of **LLOYD**, obtained via search warrant, revealed that the phone was within an approximate four-mile or less proximity of **LLOYD**'s residence on May 24, 2023.

42.     On May 25, 2023, jury selection in the Bowers case concluded, resulting in the selection of 12 jurors and six alternates.

43.    On May 25, 2023, Imperva produced records regarding **LLOYD**'s website www.creativityreligion.com, which included the following charts showing spikes of activity in May 2023:







44.　　On May 28, 2023, **LLOYD** made the following post to creativityreligion.com:

**Richard Bowers Trial :**

**RAHOWA to all White Brothers and Sisters**

**The monkey trial of Lone Wolf Hero Richard Bowers starts Tuesday. The jury, who's names are sealed till the end of it all, was pooled from locals, when it should have been held out of state. They picked 80 names after going through only 200 people. 18 or 19 have been picked, but all will sit on the jury and then the final 12 will be 'hand picked' to deliberate. Not even the jurors know who's to make the final call. Interestingly, the DA were the ones who struck off the list 4 niggers and a spic. Interesting? Perhaps they realized that niggers and spics hate jews more than they hate White people?!?**

**The monkey trial is being held at the federal courthouse, even though it's a local crime. Yep, the same shit hole I had to go through. Not sure why? Perhaps they are afraid some local piggies might side with a couple of Lone Wolves and break Bowers out? Maybe worried that some Western PA locals are just a bit TOO rednecky? Maybe we WRLs have more support in the sheeple community than we give ourselves credit for? Maybe all these right-wing losers are worrying the jews? Something to think about.**

**Now, I still cannot find any actual sources on this man from a basic internet search. Some Cricket player in England, or a DA in Pgh of all places, pops up in internet searches for RICHARD BOWERS. But if we don't stick up for those who have the courage to turn the TURNER DIARIES into a weapon of reality, then we have already lost. And I am NOT ASHAMED to openly declare that, yes, I support the indiscriminate killing of mud scum!!**

If it hadn't of been for Holy Martyr Ben Smith, I would have never heard of Creativity and Matt Hale. If it hadn't of been for Holy Martyr Robert Mathews we wouldn't see that Lone Wolf acts work. If it hadn't of been for Holy Martyr Brian Kozel many young Whites would assume that they personally could NEVER fight back against overwhelming odds. Lone Wolves are the reason we are still here. Lone Wolves are why we WILL win.

And so we must support those Whites who strike back with righteous anger and furry against the JOG that seeks to enslave and wipe out our race. Richard Bowers, we salute you!! Ben Smith, we salute you!! Brian Kozel, we salute you!! Robert Mathews, we salute you!!

They plan on taring down the so-called synagauge where the shooting happened. The new building will house a 'memorial' wing. lol

The trial starts Tuesday, and our members in Ohio and PA have been flyering the Pgh area with Church flyers and TightRope stickers. The local ARA are bitching and moaning on REDDIT like there's no tomorrow. I told our people to double their efforts. The flyer drive for Western PA shall continue all Summer long to show support for the gunning down, Turner Diaries style, of 11 yids. Ya know, most synagogues are under guarded. Lone Wolves should be targeting more of these. Stop wasting ammo on niggers and spics. Niggers and spics shoot each other. No reason to kill them unless they move in next door, or date a White woman. No, we need to kill more jews.

KILL MORE JEWS!!

16

Jews, rabbis, CEOs, bank presidents, corporate presidents, those who run the large investment firms and trans-national corporations, etc.... These are the scum we need to kill. The lowly nigger is NOT a good target. If ya got to go to prison, go in for whacking 11 kikes. Go in for committing a mass mud church shooting. Get them Lone Wolf scores up, people!! It's the jews who run the world. KILL THEM!! It's the shabbos goy CEOs and banking/investment presidents who run the world. KILL THEM!! It's the chiefs of the various federal agencies and police departments that send the JOGITES and pigs out to murder and kidnap White Civil Rights activists. KILL THEM!! Those are the people we need to target. Not the niggers. Not the faggots. NO!! Walk into a synagogue and gun down 11 jews and one rabbi. THAT'S how you make a difference, people!!

So let us raise a glass to Richard Bowers and learn from his Strike of Freedom. Let us take notes so we can increase the body count. Don't go on a podcast and rant about some nigger and spic. Don't hold a rally with 5 people. Don't wave your gun in the air without shooting anyone. No, go out there and KILL A FEW JEWS!!

RAHOWA
Rev. Lloyd, PM
Church Of Ben Klassen
www.creativityreligion.com

45. GPS location information for the cell phone of **LLOYD**, obtained via search warrant, revealed that the phone was within an approximate four-mile or less proximity of **LLOYD**'s residence on May 28, 2023.

46. On May 30, 2023, the Bowers trial began with opening statements.

47. On May 30, 2023, at 11:23 p.m., WPXI-TV in Pittsburgh published an article, "Multiple people reportedly find anti-Semitic stickers, flyers at playground in Squirrel Hill." According to article, these stickers, some of which contained a swastika, were found earlier the same day at the Wightman Park and Playground in the Squirrel Hill area of Pittsburgh. The article referenced a REDDIT article where a user posted, "I've removed at least 15 Nazi stickers and fliers so far." Some comments on the post connected the stickers to the start of the Bowers trial. Another user believed "Hardy Lloyd" was responsible. One user commented, "Saw one at a bus stop in

17

Oakland today.  It was scarier to see a swastika with the actual contact information for a hate group

than to just see a swastika.  It sucks to think a group like that is publicly recruiting."

48.     On May 30, 2023, **LLOYD** sent the following email to various Pittsburgh news

outlets, including KDKA, WPXI, and the Pittsburgh Post-Gazette, and to others with email account

names apparently indicating adherence to the creativity movement:

> We have struck Pittsburgh and shall continue to pass out flyers until Richard
> Bowers, the great WHITE hero of Pgh, is freed. We shall also file for the names of
> the jury once it is over to make sure they voted the right way. If Bowers is not freed
> then we shall not only up our flyers, but also make PGH sorry. We cannot state
> what this is, of course. Don't want to say anything NOT covered under the 1A. But
> just know that any guilty verdict could bring down the wrath of lone wolves in the
> region. Not saying we would directly do or plan anything. But know that lone
> wolves will do something, and we cannot prevent them, nor would we want to. Free
> this great WHITE hero! RAHOWA – Pgh Congregation of the CoBK - Contact this
> email, Lisa's email, or Reverend Lloyd's email.

49.     On May 30, 2023, **LLOYD** sent the following email to email addresses of

employees of the Pittsburgh City Paper:

> Our Church has been passing our flyers in Western PA and Ohio supporting
> Bowers. We are also going to file for the names and addresses of the jury once it's
> over to check and see who voted against him. Which is legal to do in PA.

> Any questions?

50.     GPS location information for the cell phone of **LLOYD**, obtained via search

warrant, revealed that the phone was within an approximate four-mile or less proximity of

**LLOYD**'s residence on May 30, 2023.

51.     On May 31, 2023, the page on the online version of the Pittsburgh Post-Gazette

dedicated to coverage of the Bowers trial with several live updates included an article posted at

11:34 a.m. that morning titled, "'Despicable to see':  Antisemitic flyers found in Squirrel Hill as

trial starts."  The article discussed the same stickers found at Wightman Park and Playground in

Squirrel Hill the day before.  The article included a link to the REDDIT post from the day before,

described above.  The articles preceding and following the article described Bowers trial witness testimony.  The article was preceded seven minutes prior by an article titled, "Members of 2 different congregations testify about the shooting."  The article was followed 25 minutes later by an article titled, "'This one's alive':  Survivor of the shooting describes being rescued from a stairwell."

52.     GPS information for **LLOYD**'s cell phone (the number listed in the Google subscriber information), obtained pursuant to a search warrant issued by this Court, and license plate reader information for **LLOYD**'s vehicle place **LLOYD** in the Pittsburgh area on the evening of May 29, 2023, and in the early morning hours of May 30, 2023, as follows:

Phone GPS Location Information (average radius of the pings is approximately 1395 meters/0.86 mile):



License Plate Reader Information:

a. Date: May 29, 2023, 3:39:06 PM; Camera: UNDERPASS LANES 2-3 Agh, Oakland, 5th Ave, N Craig St, Pittsburgh Pedestrian Bridge, Underpass, Lane 2, Lane 3
b. Date: May 29, 2023, 3:41:50 PM; Camera: CRAIG ST OUTBOUND AT 5TH Agh, Oakland, 5th Ave, N Craig St, Pittsburgh Pedestrian Bridge
c. Date: May 30, 2023, 2:19:44 AM; Camera: CRAIG ST OUTBOUND AT 5TH Agh, Oakland, 5th Ave, N Craig St, Pittsburgh Pedestrian Bridge
d. Date: May 30, 2023, 3:40:48 AM; Camera: CRAIG ST INBOUND AT 5TH Agh, Oakland, 5th Ave, N Craig St, Pittsburgh Pedestrian Bridge

### **LLOYD Receives Subscriptions to His Email Newsletters**

53.     Between   May   2,   2023,   to   June   1,   2023,   the   email ReverendLloyd@creativityreligion.com, one of the emails associated with **LLOYD**'s website, received 10 emails from email no-reply@editmysite.com with the subject line "New Form Entry: Newsletter Form. Emails contained "Submitted Information: Your Email."

### **LLOYD Begins to Direct Online Comments toward Bowers Trial Witnesses**

54.     On   June   2,   2023,   **LLOYD**   made   a   post   to   the   "enemies"   page   of creativityreligion.com, which included the following message:

> **Members of Pittsburgh's Jew community enter the Federal courthouse in Pittsburgh for the first day of trial for Robert Bowers. May 30, 2023, in Pittsburgh. Taken from jew media. So, kind of funny. lol - Below are pics of those who supported the jews during and after the so-called 'shooting'. Most live in the Pgh region, and a majority are probably jews. If you have the personal info on anyone pictured here please send to us so we can post it here. All pics taken from publicly posted media posts.**

55.     The post included a photograph of individuals entering the Federal courthouse in Pittsburgh for the Bowers trial, as well as a collage of photographs.  The photographs in the collage depict several victims and witnesses of Bowers' attack (including "WITNESS1," discussed further below) and first responders to Bowers' attack, some of whom had already testified at the trial and others who had not yet testified at the trial.

56.     GPS location information for the cell phone of **LLOYD**, obtained via search warrant, revealed that the phone was within an approximate four-mile or less proximity of **LLOYD**'s residence on June 2, 2023.

57.     On June 2, 2023, the Jewish News Syndicate posted an article online about **LLOYD**, including about his first May 30 email above, titled "White supremacist calls for violence amid Pittsburgh trial for synagogue shooter."

58.     On June 2, 2023, the Cleveland Jewish News reposted the Jewish News Syndicate article.

59.     On June 3, 2023, **LLOYD** made a post to the "enemies" page of creativityreligion.com.  The post included a photograph of WITNESS1, listed the first and last name of WITNESS1, and stated that WITNESS1 was "of Squirrel Hill," a suburb of Pittsburgh.

60.     The post was made under the caption:

**This page contains PUBLICLY GATHERED info, 90% off their own social media accounts, of known anti-White bigots and criminals. This info is posted, in keeping with US laws of Free Speech, for Lone Wolves. It is NOT illegal to post this info, nor to say it is for Lone Wolves. US law allows such speech. This would ONLY be illegal if we called for actual direct action against them. We are simply re-posting their own publicly posted info, and stating our OPINIONS for Lone Wolves. Which makes it 100% LEGAL!!**

61.     GPS location information for the cell phone of **LLOYD**, obtained via search warrant, revealed that the phone was within an approximate four-mile or less proximity of **LLOYD**'s residence on June 3, 2023.

62.     On June 4, 2023, an FBI special agent, who was assisting on the Bowers case but not working in any way on this investigation, and in the absence of any request or prompting from your affiant or any agent working on this investigation, notified WITNESS1 and certain family members of WITNESS1 that WITNESS1 was mentioned by an unnamed individual on his website.  WITNESS1 was informed that the individual was on law enforcement's radar and that

the FBI was monitoring the situation.  WITNESS1 and certain family members of WITNESS1 stated that this information worried them but that they were not going to change their lifestyle.

63.     In the days following this post, WITNESS1 testified at the Bowers trial proceedings.

64.     The same FBI special agent also notified some of the other witnesses who were depicted in the collage of photographs contained in **LLOYD**'s June 2, 2023, post.  In subsequently documenting these notifications, the special agent stated that she had informed the witnesses that the post "contained no threat" towards them.

### LLOYD's Gmail Records Further Corroborate Residence at PREMISES

65.     On June 7, 2023, Google produced emails from LLOYD's Gmail account, as listed in the records produced by Google in March 2023.  The account contained a month-to-month lease agreement for the PREMISES that LLOYD executed on March 30, 2022.  The account also contains receipts documenting LLOYD's rent payments, including a payment on May 4, 2023.

### FBI Confidential Human Source Contacts LLOYD about BOWERS Trial

66.     On June 13 and June 14, 2023, an FBI Confidential Human Source ("CHS") emailed **LLOYD** to solicit information on previous statements made by **LLOYD**. The CHS initiated conversation with **LLOYD** stating, "Do you have any information about Robert Bowers jurors yet? I'm ready to go hunting." **LLOYD** responded with the following messages:

    a.  "You must STOP requesting info on the BOWERS jurors, or else I must report this as a COINTELPRO entrapment case to the authorities in order to protect myself from someone either trying to entrap me, or someone about to do an illegal act. My attorney would also file on my behalf in the Western PA district of the federal court system in order to protect me from entrapment. STOP ASKING ME FOR ILLEGAL SHIT NOW OR ELSE THIS GETS REPORTED!! Ask one more time and my attorney calls the feds to report a case of entrapment!!"

    b.  "I will never provide ANY info that may or may not be used for ANY illegal act!!"

c. "I therefore must ask you to stop requesting the names of the jurors in the bowers show trail from myself and from any member."

d. "I am not saying you are trying to entrap myself. But the constant requests are very strange!! Stop requesting."

e. "I have no intention of paying for ANY trial's transcripts for personal info on jurors, cops, DAs and/or judges; which could be construed in court as a semi-illegal act."

f. "I ain't flying 2000 miles for info on a trial that I actually don't follow."

g. "Listen, Brother, I do not live in PA, nor anywhere near PA."

h. "I have no intention of flying to Pgh, paying $100, and waiting 30 days for a FOIA request that ANY PERSON IN PA CAN DO."

i. "I appreciate your desire to be active for your race. HOWEVER, I do find the incessant emails and hotline texts … rather odd."

j. "But why are you asking me, sometimes several times a day, for info I cannot possibly obtain?"

k. "Now, nothing said has been illegal, and my responses have been very legal."

l. "No reason to do anything so obviously illegal that another White Man goes down."

m. "If someone sends me info on the trial that can be publicly obtained, then I would post it on the website. However, since I don't live anywhere near PA, and since we are pretty sure the records are sealed till the end of sentencing, we have zero BOWERS info to tell people."

n. "Right now asking a known WRL activist for info on a sealed trial could become an illegal act in and of itself. So don't ask me."

o. "Also, I wouldn't be able to say anyway, as I would have to fly to Pgh to openly request said documents."

p. "Posting for the world is legal, while sending an email to one person could be illegal as a possible crime."

q. "… the shooting happened in Allegheny county, and the trial is taking place there … county records should have this info. But, a judge sealed it until after either the trial or sentencing. So one has to wait till then to file for it."

r. "… once in a Blue Moon someone will get a TRIAL TAMPERING charge for posting specific info on people from a trial. … this to me seems to violate the 1A. AND would have to be proven in court … even though the trial would be over … thus no tampering could take place."

s. "But it did happen to a friend of [name], who did send out the names and address of one or two of his jurors. To me that's public record.

t. "Yet with the BOWERS show trial, who knows?!? It is legal to request public documents."

u. "… posting that info online under the title of INFO RELATED TO THE BOWERS TRIAL should protect the poster. Especially if they are posting to the world … NOT … one person, which might be construed as a 'possible criminal act'."

67.     Based on my training and experience, I know individuals like **LLOYD**, who has had dealings with law enforcement, might be aware that law enforcement officers utilize CHSs to obtain incriminating evidence through contact with the target of an investigation. Based on the aggressive approach of the CHS, I believe it is possible that **LLOYD** recognized the CHS contacted him at the request of law enforcement to obtain incriminating evidence. This belief is also based on **LLOYD**'s responses, which contained false exculpatory statements. For example, **LLOYD** falsely stated that he resides nowhere near Pittsburgh or Pennsylvania, when this investigation has revealed that he resides in Follansbee, West Virginia, which is approximately 45-minutes from Pittsburgh and approximately 12-minutes from the Pennsylvania state line. In addition, **LLOYD** falsely stated that he does not follow the Bowers trial, yet this investigation has revealed that he has been commenting online frequently about the trial for the past six weeks.

## **LLOYD Comments Online about Bowers Guilty Verdict**

68.     On June 15, 2023, the jury began its deliberations.

24

69.     On June 16, 2023, shortly before noon, the jury returned a verdict of guilty on all counts.

70.     On June 16, 2023, within a few hours of the verdict, **LLOYD** made the following post to creativityreligion.com:

> **Pgh Must Pay!!**
>
> **RAHOWA my White Brothers and Sisters**
>
> Well, no surprise, but the jury in the Hero Bowers show trial just found Lone Wolf Warrior Bowers 'guilty' of fumigating 11 rats in Pgh. Well, I just found out from a call by our people in Pgh. So this could of happened hours ago? I call upon ALL members and supporters, as well as all WRLs, in the Tri-State of Western PA to SLAM Pgh, Buffalo and Cleveland with flyers and stickers. Smash that town to the ground. BURN, BABY, BURN!! Legally, of course.
>
> ;)
> ;)
>
> If you are a Lone Wolf who lives in PA, Ohio or Western NY I pray you take this out on random kikes?!? And if you do kill, make sure to do it smart, not emotional, and get away. Legally, of course.
>
> ;)
> ;)
>
> I also just heard that Pgh out of all the towns in the Tri-State will be RIPE for Lone Wolf Freedom strikes and flyering this weekend (16th to 19th) for the following reasons:
> 1) Taylor Swift concert. Wouldn't it be nice if some LW shot it up??? Not that we would EVER suggest something so 'illegal'. (Wink Wink) - Maybe just start a few fights inside the concert? See if you can get any negroes there to start attacking random Whites? Make sure to flyer the parking lots, legally, or course.
> 2) Commies and feminists clash today. Hopefully they kill each other?
> 3) Some celebration for a holiday I never heard of before. But it's pro nigger. Wait, isn't this a Texas only thing? I am confused. But a good idea to pass out anti-koon flyers or anti nigger TightRope stickers. He sells some really funny anti-koon stickers. LOL
> 4) Bowers Show Trial....
>
> Make sure to slam Ohio, Western PA and Buffalo for the next two weeks. Just to show them filthy yids that there are consequences for persecuting White People. We pray LWs do the right thing. Legally, of course.
>
> ;)
> ;)

RAHOWA
Rev. Lloyd, PM
Church of Ben Klassen
www.creativityreligion.com

PS:   CCing Texas, Ohio and PA media.

71.     Around the same time, **LLOYD** added the following message to the homepage of creativityreligion.com:

# PITTSBURGH MUST BURN TO THE GROUND !!!

72.     On June 18, 2023, **LLOYD** made a post on the "enemies" page of creativityreligion.com that included the same photograph of WITNESS1, the first and last name of WITNESS1, and that WITNESS1 was "of Squirrel Hill."

### LLOYD Comments Online about Penalty Phase of Bowers Trial

73.     On June 26, 2023, the penalty phase of the Bowers trial began to determine whether the death penalty will be imposed.

74.     On June 27, 2023, **LLOYD** sent an email associated with his website, titled "If Bowers Gets Death It's Death To The Jew Race."  The content of the email was as follows:

> If Lone Wolf Hero Bowers is not freed, but instead gets death, then death shall fall upon the entire jew race in all countries. The peoples of the Earth have one common enemy, the vile jew!! We must unite and kill all jews. Lone Wolves, HAMAS, PLO, Skinheads, Bikers, Mestizo and Mexican Fascists, Japanese Nazis, Hindu Nationalists, Black Israelite's, Muslims the world over, TARGET ALL JEWS till no jew remains on Earth. We can unite and wage glorious JIHAD upon these rats in human form.

DEATH TO ALL JEWS

RAHOWA
Rev. Lloyd, PM
Church of Ben Klassen
www.creativityreligion.com

75.     On July 13, 2023, the jury found Bowers eligible for the death penalty.

76.     On July 16, 2023, **LLOYD** sent an email associated with his website, titled

"Bowers Leads by Example."   The content of the email was as follows:

> Well, I watched on Haystack App that Warrior Bowers was erroneously found 'guilty' on the death penalty phase of this farce. The good news is that synagogues remain easy targets, and Lone Wolves need to, nay, must attack these jew hangouts. Let's see a BOWERS in every city in every country. Let's see attacks against jews in Florida increase to drive home the point that no shabbos goy law will stop us. Pgh needs more anti-jew shootings. There are over 50,000 kike scum in that city. Well, 49,989 now. lol
>
> We need a TREE OF LIFE shooting every month until either the yids leave, or they get so many anti-White and anti 1A laws passed that even right-wing faggots start embracing Hitler. Remember, worse is better!! Let's push the jews to pass more laws so we can recruit more people to openly shoot them. Also, passing out anti jew flyers aimed at negroes is also good, as black supremacists HATE jews more then they hate Whites. And let's not forget to network with Arabs and Moslims [sic].
>
> The 21st Century needs to become the century when daily jew shootings and stabbings and clubbings become so common that no one will care. Then we can simply walk down the streets of, say Forbes Ave, killing every jew we see without a worry of having to then shoot some racist pigs, too. May this day come soon.

77.     On or about July 17, 2023, **LLOYD** changed the front page of his website to ready

as follows:

**REMEMBER;**
**Most Synagogues**
**Have Zero Armed**
**Guards - Dress As A**
**Jew And Kill!!**

27

78.     On July 16, 2023, **LLOYD** sent an email associated with his website, titled "Tree Of Life 'Victim' Seen Alive In Squirrel Hill."  The content of the email was as follows:

> Well, the STAGED false flag 'shooting' at the so-called 'Tree of Life' yid building in Pgh's Jew Hill seems to be unraveling now that the show trial of the mythical Bowers is nearing it's end. Now, we WANT this 'shooting' to be real. We WANT people to kill jews on mass. We WANT more Bowers out there, dressing up as jews, going to temple, and then pulling out a gun and killing every filthy kike vermin they see. START SHOOTING JEWS NOW, DAMNIT!!

> However, we cannot find ANY only media accounts or posts, nor social media comments, from any BOWERS. Doing a PA search on BOWERS yields one woman and two men who are clearly NOT BOWERS. We can find ZERO EVIDENCE that BOWERS is a real person. Now, we WANT this to be true. And we are actively encouraging copy cat strikes by Lone Wolves. But like Sandy Hook, we see no actual evidence of a shooting that day. No shooting deaths are even recorded at the county coroner's office!!

> We pray that BOWERS is a real person, and that this brave Warrior did this wonderful act of love for humanity. But we remain Sandy Hookish about it. Hopefully, as with the glorious Buffalo Strike of Bravery, we shall get more Tree Of Life 'shootings' on live-stream!?! We shall be uploading that awesome video soon. By Satan, we do love to watch that video every time we get together to go boot stomp some Austin faggots and niggers.

> Remember people of ALL RACES, the jews hate ALL PEOPLES the world over. Start killing jews, and start dressing up as jews to sneak into jew services so you can whack a whole bunch of these rats in human form.  Let's start networking with the Black Israelite Supremacists and the Moslims and the Turkish Nationalists and even the Cartels. Hell, the Mestizos want to push the jews out of the LA drug + sex trafficking trades. Let's work WITH these other races so we can kill as many kikes as possible.

> START SHOOTING UP SYNOGUGES!!

79.     On July 22, 2023, **LLOYD** sent an email associated with his website, titled "2 Dozen Cities Hit," stating, in part, "Our members and supporters hit between 20-25 cities over the last 72 hours . . .." **LLOYD** attached the following photograph to the email, which depicts some of the same stickers found in Pittsburgh in May 2023:



80.      On July 22, 2023, an individual submitted an online incident report to the Jewish Federation Greater Pittsburgh regarding stickers that the individual found the same day, at approximately 3:00 p.m., in the Stanton Heights area of Pittsburgh.  The individual uploaded three photographs, excerpted below:






81.    GPS information for **LLOYD's** cell phone, obtained pursuant to a search warrant issued by this Court, places **LLOYD** in the Pittsburgh area on July 22, 2023, for the approximate period of 12:22 a.m. to 4:28 a.m.

82.    On July 28, 2023, **LLOYD** sent an email associated with his website, titled "Stabbing Pgh, Shooting Austin."  In the email, **LLOYD** asked, "Will Bowers be avenged???" and claimed, "Bowers is a fake persona created by the kikes for sympathy bollocks."

83.    On August 3, 2023, LLOYD posted the following on his website, VK, Telegram and the email of individuals at the Jewish Chronicle:

a. Telegram:

"We Warned You, Pgh

Warrior Bowers was to be freed, or else.
Well, now y'all get the WHAT ELSE!!
Lone Wolves on NY, PA and Ohio, target Western PA's jews.
Target the hell out of them.
Do what you do best.
Shed jew blood till none is left to spill!!

Bowers showed us the way.

Time to follow him.
Time to wipe the vile jewish paedophiles from the face of the Earth.
Time to avenge 12,500 years of jewish supremacy!!

RAHOWA
Rev. Lloyd, PM
Church of Ben Klassen
www.creativityreligion.com

PS: The above message is keeping with US Free Speech protection of general calls to violence. Not that we would give a toss if it was 'illegal'. lol - CC#64 gives us the RIGHT of JIHAD against ALL infidel enemies."

b. VK:



c.      Website:



84.     On August 8, 2023, **LLOYD** issued a new post to his VK and Telegram Accounts titled "Murder Retaliation Against Alabama Negroes." In the post, **LLOYD** also shared plans to target two random members of the Jewish community in Pittsburgh and two in Austin. The full post on Telegram read as follows:

> Murder Retaliation Against Alabama Negroes
>
> 5-10 random niggers in Alabama will be targeted in retaliation for that anti-White hate attack. Also, 2 random jews/niggers in Austin and 2 in Pgh will also be randomly targeted. Anti-White HATE has consequences. For every one White attacked or shown bigotry we shall target 2-4 random jews, niggers and/or tranny freaks. These random targets will most likely be in Texas and PA/Ohio. But will also occur in the cities/states of the anti-White HATE. By Lone Wolves, NOT by members of the COBK.
>
> WINK
> WINK
>
> DO NOT FUCK WITH US!!
>
> RAHOWA
> Rev. Lloyd, PM
> Church of Ben Klassen
> www.creativityreligion.com
>
> PS:  The above is protected under the 1A as a general call to violence.

## CONCLUSION

85.   Based on the forgoing, there is probable cause that—

a.   Beginning in or about at least May 2023 and continuing through in or about June 2023, in Brooke County, in the Northern District of West Virginia, and elsewhere, the defendant, **HARDY CARROLL LLOYD**, did corruptly endeavor to influence, obstruct, and impede the due administration of justice in *United States of America v. Robert Bowers*, Criminal No. 18-292, in the United States District Court for the Western District of Pennsylvania by engaging in threatening conduct directed at the jury and government witnesses, as described more herein, in violation of 18 U.S.C. § 1503(a).

b.   On or about May 19, 2023, in Brooke County, in the Northern District of West Virginia and elsewhere, the defendant, **HARDY CARROLL LLOYD**, did knowingly transmit in interstate and foreign commerce an email communication over the Internet containing a threat to injure the person of another, specifically the email with the subject line "Ouch," as further described above, in violation of 18 U.S.C. § 875(c).

c.   On or about June 2, 2023 and June 3, 2023, in Brooke County, in the Northern District of West Virginia, the defendant, **HARDY CARROLL LLOYD**, did knowingly attempt to intimidate, threaten, and corruptly persuade WITNESS1 by making the posts to the "enemies" page of his website, as further described above, with the intent to influence, delay, and prevent the testimony of WITNESS1 in an

official proceeding, specifically the trial being conducted in *United States of America v. Robert Bowers*, Criminal No. 18-292, in the United States District Court for the Western District of Pennsylvania.

86.    Accordingly, I request that the Court issue the proposed arrest warrant.

Respectfully submitted,

Matthew Messich
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on August 9, 2023.

HONORABLE JAMES P. MAZZONE
UNITED STATES MAGISTRATE JUDGE

34